UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>Samuel ARREOLA-Mejia<br><br>                    Defendant. | Magistrate Case No. '08 MJ 0784<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326;<br>Deported Alien Found in the<br>United States |

FILED
08 MAR 12 AM 9:59
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

The undersigned complainant, being duly sworn, states:

On or about, **March 09, 2008**, within the Southern District of California, defendant, **Samuel ARREOLA-Mejia**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Deportation Officer
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 12th DAY OF **March 2008.**

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

As part of assigned duties of the Detention and Removal Office, Deportation Officers review various sources in order to check on aliens that have been previously removed from the United States. This is done in order to determine if subjects have returned to the United States, in violation of Title 8, United States Code, Section 1326.

On March 09, 2008, the defendant identified as Samuel ARREOLA-Mejia was arrested in Valley Center, California by the San Diego Sheriff's Department for violation of 12500(A)VC "DRIVING WITHOUT VALID LICENSE" and booked into Vista Jail. On March 09, 2008, an Immigration Enforcement Agent with Immigration and Customs Enforcement determined the defendant to be a citizen of Mexico and placed a Form I-247 "Immigration Detainer" pending his release from local custody. On Tuesday, March 11, 2008, at approximately 3:45 a.m. the defendant was referred to United States Immigration and Customs Enforcement custody. A Deportation Officer reviewed various sources of information and conducted official record checks in regards to the defendant confirming him to be a citizen of Mexico having been previously removed from the United States.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant was most recently ordered removed from the United States by an Immigration Judge on or about December 06, 2005 and physically removed to Mexico on or about December 09, 2005 via the Calexico Port of Entry. Record checks further revealed that the defendant was issued a Reinstatement of Removal order and was physically removed to Mexico on March 01, 2007 and again on April 13, 2007 via the San Ysidro Port of Entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System "IDENT" was utilized and compared the defendant's fingerprints to those contained in this database. The results confirmed the defendant's identity as Samuel ARREOLA-Mejia, a citizen and national of Mexico. A photograph and a set of fingerprints contained within the official Alien Registration File were also reviewed and compared to the defendant, further confirming his identity.

All information indicates that the defendant is a citizen of Mexico, was ordered removed to Mexico and has no legal right to enter or reside in the United States.

Based upon the foregoing information, there is probable cause to believe that Samuel ARREOLA-Mejia has illegally re-entered the United States after Deportation, in violation of Title 8 of the United States Code 1326, Deported Alien Found in the United States.