AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| SAMUEL ARREOLA-MEJIA | CASE NUMBER: 08CR1100-JAH |

I, SAMUEL ARREOLA-MEJIA, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4/10/8 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

SAMUEL ARREOLA
Defendant

Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED
APR 1 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY